

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1682-15

### DARRELL WAYNE PARKER, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRD COURT OF APPEALS
### BELL COUNTY

*Per curiam.*

### O P I N I O N

We granted appellant's petition for discretionary review to determine whether the court of appeals properly analyzed the issue of transferred intent in a prosecution for capital murder under a multiple-murders theory. Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss appellant's petition for discretionary review as improvidently granted.

Delivered: March 22, 2017

DO NOT PUBLISH